## ATTACHMENT A

*Property to be searched*

The property to be searched is a **BLACK LENOVO LAPTOP, SERIAL NUMBER MP18SRT0** hereinafter the "DEVICE."  The Device is currently located at **119 D Street NE, Washington, D.C. 20501.**

## **ATTACHMENT B**

*Property to be seized*

1. The items to be seized are fruits, evidence, information relating to, contraband, or instrumentalities of violations of 18 U.S.C. § 2261A(1)(B) (Stalking) and § 2262(a)(1) (Interstate Violation of Protection Order).

    a. Records, information, and communications relating to the Congresswoman and her staff.

    b. Records, information, and communications related to the United States Capitol Police, the City of New York Police Department (NYPD), and local police in the area of Phoenix, AZ.

    c. Records, information, and communications and information related to the defendant's travel between Brooklyn, NY and any other destination.

    d. Physical keys, encryption devices, and passwords that are necessary to access the computer hardware or storage media.

2. All computer hardware, computer software, computer-related documentation, storage media, and cable modems or routers used in the commission of, or to facilitate, the above described offenses.

3. For any electronic storage media or digital device whose seizure is otherwise authorized by this warrant, and any electronic storage media or digital device that contains or in

which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

　　a. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

　　b. evidence of software, or the lack thereof, that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

　　c. evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

　　d. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;

　　e. evidence of the times the COMPUTER was used;

　　f. passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

    g.  documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

    h.  records of or information about Internet Protocol addresses used by the COMPUTER;

    i.  records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

4.    Routers, modems, and network equipment used to connect computers to the Internet.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The terms "electronic storage media" and "digital devices" include any electronic system or device capable of storing or processing data in digital form, including central processing units; desktop computers, laptop computers, notebooks, and tablet computers; personal digital assistants; wireless communication devices, such as telephone paging devices, beepers, mobile telephones, and smart phones; digital cameras; peripheral input/output devices, such as keyboards, printers,

scanners, plotters, monitors, and drives intended for removable media; related communications devices, such as modems, routers, cables, and connections; storage media, such as hard disk drives, floppy disks, USB flash drives, memory cards, optical disks, and magnetic tapes used to store digital data (excluding analog tapes such as VHS); security devices; and any other type of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions.